**4**

# IN THE UNITED STATES DISTRICUT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA, STATE NATIONAL INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, SOVEREIGN GENERAL INSURANCE COMPANY, ARCH INSURANCE (UK) LIMITED, AND CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO.'S ENSAM1900387, ENSAM1900206, ENSAM1900393, and ENSAM1900398, *as subrogees of Petrogas Energy Corp. and its related entities*, and PETROGAS ENERGY CORP.<br><br>Plaintiffs,<br><br>v.<br><br>M/T LEVANT, *in rem*; AVANCE LEVANT, LTD c/o AVANCE GAS, LTD, EXMAR SHIP MANAGEMENT NV, M/T LINDSEY FOSS, *in rem*, M/T GARTH FOSS, *in rem*, and FOSS MARITIME CO.<br><br>Defendants. | IN ADMIRALTY<br><br>CASE NO.: 2:21-cv-01670-RSM<br><br>**STIPULATION AND ORDER SETTING DEADLINE FOR CERTAIN DEFENDANTS TO ANSWER PLAINTIFFS' AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br><br>February 4, 2022 |

COME NOW, Plaintiffs, National Union Fire Insurance Company of Pittsburgh, Pa, Royal & Sun Alliance Insurance Company of Canada, State National Insurance Company, Liberty Mutual Insurance Company, Ace American Insurance Company, Sovereign General Insurance Company, Arch Insurance (UK) Limited, and Certain Underwriters at Lloyd's of London Subscribing to Policy No.'s ENSAM1900387, ENSAM1900206, ENSAM1900393, and ENSAM1900398, *as subrogees of Petrogas Energy Corp. and its related entities* (collectively referred to as "Insurers") and Petrogas Energy Corp. ("Petrogas") (Insurers and Petrogas are collectively referred to as "Plaintiffs"), and Defendants, M/T LEVANT, *in rem*, Avance Levant, LTD c/o Avance Gas LTD, and Exmar Ship Management NV (collectively, "Defendants"), by and through their undersigned counsel and hereby stipulate and agree to a deadline of **April 12, 2022** for Defendants to Answer Plaintiffs' First Amended Complaint [ECF Doc. No. 3].

Plaintiffs sent a request to Defendants to waive service on December 17, 2021. Defendants are foreign entities. Rule 4 states that a defendant located outside of any judicial district of the United States has 90 days to serve an answer after a request to waive service is made. The parties are stipulating to extend the answer deadline provided in Rule 4 to give Defendants additional time to work with local counsel to prepare and file an answer.

Submitted this 4th day of February, 2022.

| | |
|---|---|
| **DENENBERG TUFFLEY, PLLC** | **LAW OFFICE OF JAMES R. VAUGHAN, P.C.** |
| /s/ David R. Denton | /s/ Adil Siddiki |
| David R. Denton WA Bar No. 52479 | Adil A. Siddiki  WA Bar No. 37492 |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

**NICOLL BLACK & FEIG, PLLC**

/s/ Christopher W. Nicoll
WSBA No. 20771
*Attorneys for Defendants M/T LEVANT, in rem, Avance Levant, LTD c/o Avance Gas LTD, and Exmar Ship Management NV*

SO ORDERED,

DATED this 10th day of February, 2022.

                        RICARDO S. MARTINEZ
                        CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**DENENBERG TUFFLEY, PLLC**

*s/David R. Denton*
David R. Denton (WA Bar No. 52479)
1900 Avenue of the Stars, Suite 300
Los Angeles, CA 90067
T: 310.356.4683
F: 310.284.9089
ddenton@dt-law.com
*Attorneys for Plaintiffs*

**LAW OFFICE OF JAMES R. VAUGHAN, P.C.**

*s/Adil Siddiki*
Adil A. Siddiki (WA Bar No. 37492)
Phone: 206.935.8077 ext 4539
Toll Free: 1.866.833.9411
Fax: 206.935.8184
1416 NW 46th St., Ste 105-436
Seattle, WA 98107
adil@recoveryatty.com
*Attorneys for Plaintiffs*

**NICOLL BLACK & FEIG, PLLC**

/s/ *Christopher W. Nicoll*
Christopher W. Nicoll, WSBA No. 20771
1325 4th Ave, Suite 1650
Seattle, WA 98101
206-838-7555
cnicoll@nicollblack.com
*Attorneys for Defendants M/T LEVANT, in rem,*
*Avance Levant, LTD c/o Avance Gas LTD, and Exmar Ship Management NV*

STIPULATION AND ORDER SETTING
DEADLINE FOR CERTAIN DEFENDANTS TO
ANSWER PLAINTIFF'S AMENDED COMPLAINT - 3
CASE NO.: 2:21-cv-01670-RSM