THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA, STATE NATIONAL INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, SOVEREIGN GENERAL INSURANCE COMPANY, ARCH INSURANCE (UK) LIMITED, AND CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO.'S ENSAM1900387, ENSAM1900206, ENSAM1900393, AND ENSAM1900398, *as subrogees of Petrogas Energy Corp. and its related entities*, and PETROGAS ENERGY CORP., <br><br> Plaintiffs, <br><br> v. <br><br> M/T LEVANT, *in rem*; AVANCE LEVANT, LTD c/o AVANCE GAS, LTD, EXMAR SHIP MANAGEMENT NV, M/T LINDSEY FOSS, *in rem*, M/T GARTH FOSS, *in rem*, and FOSS MARITIME CO., <br><br> Defendants. | Case No. 2:21-cv-01670 <br><br> REQUEST FOR AND ORDER OF DISMISSAL OF CERTAIN DEFENDANTS <br><br> **NOTED FOR HEARING: MAY 2, 2022** |

Plaintiffs, above-referenced, on behalf of themselves, hereby respectfully state as follows:

REQUEST FOR AND ORDER OF DISMISSAL OF
CERTAIN DEFENDANTS
:CASE NO. 2:21-CV-01670 - 1

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and subject to the Court's Order, Plaintiffs hereby request dismissal of their claims against Defendants Foss Maritime Company, LLC, M/T LINDSEY FOSS, *in rem*, and M/T GARTH FOSS, *in rem*, WITHOUT PREJUDICE. No counterclaim has been served by these Defendants.

Dated: May 2, 2022

Respectfully submitted,

*s/Brandon T. Brown*
\*Alyssa J. Endelman
\*Brandon T. Brown
**DENENBERG TUFFLEY, PLLC**
\* *Admitted Pro Hac Vice*
28411 Northwestern Hwy., Suite 600
Southfield, MI 48034
T: 248-549-3900
F: 248-593-5808
aendelman@dt-law.com
bbrown@dt-law.com

and

Adil A. Siddiki (WA Bar No. 37492)
**Law Office of James R. Vaughan, P.C.**
Phone: 206.935.8077 ext 4539
Toll Free: 1.866.833.9411
Fax: 206.935.8184
1416 NW 46th St., Ste 105-436
Seattle, WA 98107
adil@recoveryatty.com

*Attorneys for Plaintiffs*

**ORDER**

This matter is before the Court on Plaintiffs' Request for Dismissal of Certain Defendants. Having reviewed the matter, the Court hereby ORDERS that Plaintiffs' claims be dismissed WITHOUT PREJUDICE as to the following Defendants: Foss Maritime Company, LLC, M/T LINDSEY FOSS, *in rem*, and M/T GARTH FOSS, *in rem*.

DATED this 19th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

By:   *s/Brandon T. Brown*
      *Brandon T. Brown
      *Admitted Pro Hac Vice*
      **Denenberg Tuffley, PLLC**
      24811 Northwestern Hwy., Suite 600
      Southfield, MI 48034
      bbrown@dt-law.com
      Telephone:  248.549.3900
      Facsimile:   248.593.5808
      *Attorneys for Plaintiffs*

And

By:   *s/Adil A. Siddiki*
      Adil A. Siddiki (WA Bar No. 37492
      **Law Office of James R. Vaughan, P.C.**
      Phone: 206.935.8077 ext 4539
      Toll Free: 1.866.833.9411
      Fax: 206.935.8184
      1416 NW 46th St., Ste 105-436
      Seattle, WA 98107
      adil@recoveryatty.com
      *Attorneys for Plaintiffs*

REQUEST FOR AND ORDER OF DISMISSAL OF
CERTAIN DEFENDANTS
:CASE NO. 2:21-CV-01670 - 3