THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, ROYAL
& SUN ALLIANCE INSURANCE
COMPANY OF CANADA, STATE
NATIONAL INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE
COMPANY, ACE AMERICAN
INSURANCE COMPANY, SOVEREIGN
GENERAL INSURANCE COMPANY,
ARCH INSURANCE (UK) LIMITED, AND
CERTAIN UNDERWRITERS AT LLOYD'S
OF LONDON SUBSCRIBING TO POLICY
NO.'S ENSAM1900387, ENSAM1900206,
ENSAM1900393, AND ENSAM1900398, *as
subrogees of Petrogas Energy Corp. and its
related entities*, and PETROGAS ENERGY
CORP.,

Plaintiffs,

v.

M/T LEVANT, *in rem*; AVANCE LEVANT,
LTD c/o AVANCE GAS, LTD, EXMAR
SHIP MANAGEMENT NV, ~~M/T LINDSEY
FOSS, *in rem*, M/T GARTH FOSS, *in rem*,
and FOSS MARITIME CO.,~~

Defendants.

M/T LEVANT, *in rem*; AVANCE LEVANT,
LTD and EXMAR SHIP MANAGEMENT
NV,

Case No. 2:21-cv-01670

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE:CASE NO. 2:21-CV-01670 - 1

1     Third-Party Plaintiffs.

2 v.

3 BRIAN HENSHAW, an individual,

4 Third-Party Defendant

5

6   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs,

7 NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ROYAL &

8 SUN ALLIANCE INSURANCE COMPANY OF CANADA, STATE NATIONAL

9 INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, ACE

10 AMERICAN INSURANCE COMPANY, SOVEREIGN GENERAL INSURANCE

11 COMPANY, ARCH INSURANCE (UK) LIMITED, AND CERTAIN UNDERWRITERS AT

12 LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO.'S ENSAM1900387,

13 ENSAM1900206, ENSAM1900393, and ENSAM1900398, as subrogees of Petrogas Energy

14 Corp. and its related entities, and PETROGAS ENERGY CORP. (hereinafter the "Plaintiffs"),

15 Defendants, M/T Levant, *in rem* Avance Levant, LTD c/o Avance Gas, LTD., and Exmar Ship

16 Management, NV (hereinafter the "Vessel Interests"), and Third-Party Defendant, Brian

17 Henshaw ("Henshaw") (collectively, Plaintiffs, Vessel Interests, and Henshaw are referred to

18 as "Parties" as stated herein) jointly stipulate and agree that all claims brought by Plaintiffs

19 against the Vessels Interests in the above-captioned manner are dismissed, with prejudice, on

20 the basis that all such claims have been fully compromised and settled, with all Parties to bear

21 their own costs.

22   The Court shall retain jurisdiction of this action, specifically the Vessel Interests'

23 third-party claim against Third-Party Defendant, Henshaw, and for purposes of enforcing the

24 Parties' settlement agreement.  This Joint Stipulation of Dismissal with Prejudice addresses

25 only claims asserted in this action by Plaintiffs against the Vessel Interests; it does not affect

26 the Vessel Interests' third-party claim against Third-Party Defendant, Henshaw.

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE:CASE NO. 2:21-CV-01670 - 2

DATED this 23rd day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Stipulated and agreed to by:

| | |
|---|---|
| /s/ Christopher W. Nicoll (With Consent)<br>Christopher W. Nicoll<br>Elizabeth A. Strunk<br>**Nicoll Black & Feig, PLLC**<br>1325 Fourth Ave., Suite 1650<br>Seattle, WA 98101<br>T: 206-838-7555<br>cnicoll@nicollblack.com<br>estrunk@nicollblack.com<br>*Attorneys for Defendants and Third-Party*<br>*Plaintiffs M/T Levant, in rem Avanc*<br>*Levant, LTD c/o Avance Gas, LTD., and*<br>*Exmar Ship Management, NV* | /s/ Brandon T. Brown<br>*Alyssa J. Endelman<br>*Brandon T. Brown<br>**DENENBERG TUFFLEY, PLLC**<br>* *Admitted Pro Hac Vice*<br>28411 Northwestern Hwy., Suite 600<br>Southfield, MI 48034<br>T: 248-549-3900<br>F: 248-593-5808<br>aendelman@dt-law.com<br>bbrown@dt-law.com<br>*Attorneys for Plaintiffs* |
| s/Thomas G. Waller (With Consent)<br>Thomas G. Waller<br>Meliha Jusupovic<br>Donald K. McLean<br>Bauer Moynihan & Johnson LLP<br>2101 Fourth Ave.<br>Suite 2400<br>Seattle, WA  98121<br>tgwaller@bmjlaw.com<br>dkmclean@bmjlaw.com<br>mjusupovic@bmjlaw.com<br>(206) 443-3400<br>*Attorneys for Third Party Defendant*<br>*Brian Henshaw* | s/Adil A. Siddiki (With Consent)<br>Adil A. Siddiki (WA Bar No. 37492)<br>**Law Office of James R. Vaughan, P.C.**<br>Phone: 206.935.8077 ext 4539<br>Toll Free: 1.866.833.9411Fax:<br>206.935.8184<br>1416 NW 46th St., Ste 105-436<br>Seattle, WA 98107<br>adil@recoveryatty.com<br>*Attorneys for Plaintiffs* |

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE:CASE NO. 2:21-CV-01670 - 3