1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, ROYAL
& SUN ALLIANCE INSURANCE
COMPANY OF CANADA, STATE
NATIONAL INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE
COMPANY, ACE AMERICAN
INSURANCE COMPANY, SOVEREIGN
GENERAL INSURANCE COMPANY,
ARCH INSURANCE (UK) LIMITED, AND
CERTAIN UNDERWRITERS AT LLOYD'S
OF LONDON SUBSCRIBING TO POLICY
NO.'S ENSAM1900387, ENSAM1900206,
ENSAM1900393, AND ENSAM1900398, *as
subrogees of Petrogas Energy Corp. and its
related entities*, and PETROGAS ENERGY
CORP.,

           Plaintiffs,

v.

M/T LEVANT, *in rem*; AVANCE LEVANT,
LTD c/o AVANCE GAS, LTD, EXMAR
SHIP MANAGEMENT NV,

           Defendants.

Case No. 2:21-cv-01670-RSM

**STIPULATION AND ORDER OF
DISMISSAL**

STIPULATION AND ORDER OF DISMISSAL– 1
CASE NO.: 2:21-cv-01670

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555

1  M/T LEVANT, *in rem*; AVANCE LEVANT,
   LTD and EXMAR SHIP MANAGEMENT
2  NV,

3              Third-Party Plaintiffs.

4  v.

5  BRIAN HENSHAW, an individual,

6              Third-Party Defendant.

7                     **STIPULATION**

8          The parties hereto, Third-Party Plaintiffs M/T Levant, *in rem* Avance Levant, LTD

9  c/o Avance Gas, LTD., and Exmar Ship Management, *NV* and Third-Party Defendant Brian

10 Henshaw, by and through their respective counsel, hereby stipulate and agree that all

11 remaining claims, cross-claims, and counterclaims against all Parties that have been asserted

12 in this action shall be dismissed with prejudice and without any further fees or costs to any

13 party.

14         The parties request that the Court enter the below proposed Order dismissing this

15 action with prejudice.

16         Dated this 13th day of July, 2023.

17

18 NICOLL BLACK & FEIG, PLLC              BAUER MOYNIHAN & JOHNSON LLP

19

20 *s/ Christopher W. Nicoll*             s/ Thomas G. Waller
   Christopher W. Nicoll, WSBA No. 20771  Thomas G. Waller WSBA No. 22963)
   *Attorneys for Defendants and Third-Party*  *Attorneys for Third-Party Defendant Brian*
21 *Plaintiffs M/T Levant, in rem Avanc*   *Henshaw*
   *Levant, LTD c/o Avance Gas, LTD., and*
22 *Exmar Ship Management, NV*

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL– 2
CASE NO.: 2:21-cv-01670

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that all claims, cross-claims, and counterclaims against all Parties that have been asserted in this action shall be dismissed with prejudice and without award of fees or costs to any party.

This is a final order resolving this cause number.

DATED this 17th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL– 3
CASE NO.: 2:21-cv-01670

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023 I filed the foregoing with the Court's CM/ECF system which will send notifications to the following parties:

Thomas G. Waller
Meliha Jusupovic
Bauer Moynihan & Johnson LLP
2101 Fourth Ave.
Suite 2400
Seattle, WA  98121
tgwaller@bmjlaw.com
mjusupovic@bmjlaw.com
(206) 443-3400
*Attorneys for Brian Henshaw*

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 13, 2023 at Seattle, Washington.

/s/ Ian McDonald
Ian McDonald

STIPULATION AND ORDER OF DISMISSAL– 4
CASE NO.: 2:21-cv-01670

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555